JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Farnaz M. Alemi (SBN 255836)
falemi@jenner.com
Kirsten C. Jackson (SBN 265952)
kjackson@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for Plaintiffs
WARNER BROS. ENTERTAINMENT INC., NEW LINE CINEMA LLC, NEW LINE PRODUCTIONS, INC., METRO-GOLDWYN-MAYER STUDIOS INC., and THE SAUL ZAENTZ COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation,<br><br>Defendant. | Case No. 2:12-cv-09547-PSG-CW<br><br>**DECLARATION OF DALE NELSON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: ENTRY OF PRELIMINARY INJUNCTION**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Courtroom: 790 – Roybal Building<br><br>Honorable Philip S. Gutierrez |

# DECLARATION OF DALE NELSON

I, Dale Nelson, Esq., declare as follows:

1. I am Vice President and Senior Intellectual Property Counsel at Warner Bros. Entertainment Inc. ("Warner Bros.") located in Burbank, California, and I have held this position for more than 10 years. If called to testify, I would and could testify with personal knowledge as to all of the following.

2. In August 2012, I became aware that The Global Asylum Inc. ("Asylum) was producing and promoting on the Internet a straight-to-DVD movie called *Age of the Hobbits*, which it stated that it intended to distribute in December 2012, near the time of the planned theatrical release of the motion picture *The Hobbit*, which has been produced by New Line Cinema LLC, a Warner Bros. subsidiary, and which will be distributed by Warner Bros. and MGM.

3. On August 31, 2012, Michael A. Grow, a partner in the law firm Arent Fox LLP and counsel for Warner Bros., New Line Cinema LLC and The Saul Zaentz Company ("SZC"), sent a cease-and-desist letter to Paul Bales, Chief Operating Officer of Global Asylum, Inc. ("Asylum"), concerning the advertised release of a feature-length motion picture under the title *Age of the Hobbits*. I received a copy of the letter at the time it was sent. The letter put Asylum on notice that Warner Bros., New Line and SZC contend that Asylum's use of the famous registered HOBBIT mark in its film title, as well as its imitation of a distinctive title design and its use of images in its promotional artwork that were similar to the title design and images used to promote the *Lord of the Rings* motion pictures and other licensed products associated with the literary works *The Hobbit* and *The Lord of the Rings*, violated their rights under the Lanham Act and common law. Mr. Grow requested a response by September 10, 2012, and demanded that Asylum cease and desist its deliberate acts of infringement. Attached as <u>Exhibit 1</u> is a true and correct copy of Mr. Grow's letter of August 31, 2012.

4. I am informed that on September 10, 2012, Asylum's counsel, Scott Meehan, spoke with Mr. Grow regarding the close resemblance between the promotional materials for the *Hobbit* and *Lord of the Rings* films and the materials used by Asylum to promote its upcoming film *Age of the Hobbits*. Mr. Meehan stated he would provide a more substantive response on September 11, 2012, but did not do so.

5. I am informed that on September 14, 2012, Mr. Grow spoke again with Mr. Meehan and that Mr. Meehan stated that Asylum was preparing new promotional artwork for its film. Later that same day, in a separate communication, Mr. Meehan asserted to Mr. Grow that Asylum would assert a fair use defense with respect to its use of the HOBBIT mark in its title *Age of the Hobbits*. Mr. Grow requested additional information on this theory, but none was provided. I am further informed that on September 19, 2012, Mr. Grow again attempted to contact Asylum's counsel, but received no response.

6. On September 20, 2012, Asylum's counsel sent Mr. Grow an email containing a revised version of Asylum's original artwork, which I subsequently received. The new artwork proposed by Asylum removed the confusingly similar stylized title design that imitated the title design used in connection with New Line's *Lord of the Rings* and *Hobbit* films, but it still contained images that resembled those used in the promotion of those films. Attached as <u>Exhibit 2</u> is a true and correct copy of an email containing the revised artwork proposed by Asylum.

7. In early October, Warner Bros. and New Line engaged litigation counsel at the law firm Jenner & Block LLP to continue discussions with Asylum regarding its advertised film *Age of the Hobbits*. Those discussions, as described in the Declaration of Andrew J. Thomas, did not resolve the parties' dispute. The Jenner & Block firm subsequently was also retained by SZC and Metro-Goldwyn-Mayer Studios Inc., and prepared the Complaint that was filed in this action on

1  November 7, 2012.

3      I declare under the penalty of perjury under the law of the United States of
4  America that the foregoing is true and correct. Executed on November **20**, 2012,
5  in Burbank, California.

                                      _/s/ Dale Nelson_
                                      Dale Nelson