JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Farnaz M. Alemi (SBN 255836)
falemi@jenner.com
Kirsten C. Jackson (SBN 265952)
kjackson@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, CA 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

Attorneys for Plaintiffs
WARNER BROS. ENTERTAINMENT INC., NEW LINE CINEMA LLC, NEW LINE PRODUCTIONS, INC., METRO-GOLDWYN-MAYER STUDIOS INC., and THE SAUL ZAENTZ COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br>v.<br>THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation,<br><br>Defendant. | Case No. 2:12-cv-09547-PSG-CW<br><br>**DECLARATION OF FARNAZ M. ALEMI IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: ENTRY OF PRELIMINARY INJUNCTION**<br><br>Date:        To Be Determined<br>Time:        To Be Determined<br>Courtroom:   790 – Roybal Building<br><br>Honorable Philip S. Gutierrez |

## DECLARATION OF FARNAZ M. ALEMI

I, Farnaz M. Alemi, declare as follows:

1. I am an attorney admitted to practice in the State of California and am a member of the bar of this Court. I am an associate with the law firm of Jenner & Block LLP, counsel for Plaintiffs Warner Bros. Entertainment Inc. ("Warner Bros."), New Line Cinema LLC, New Line Productions, Inc. (together with New Line Cinema LLC, "New Line"), Metro-Goldwyn-Mayer Studios Inc. ("MGM"), and The Saul Zaentz Company ("SZC") (collectively, "Plaintiffs") in this action. Except as otherwise indicated, if called to testify, I would and could testify with personal knowledge as to all of the following.

1. I am aware that Nielsen National Research Group ("Nielsen") conducts three standard tracking surveys per week for studios in the entertainment industry. These surveys provide results to the subscribers regarding the public awareness of and interest in movies currently in theaters, as well as upcoming theatrical releases. I am also aware that, although most of the questions are standard and are reported to all subscribers, subscribers may submit to Nielsen additional custom questions and the results of those custom questions are reported only to the customers who commissioned them. It is my understanding that Nielsen includes custom questions with the standard survey being taken that week.

2. I am aware that The Global Asylum, Inc. ("Asylum") has produced and intends to distribute a feature-length movie called *Age of the Hobbits* on DVD, Blu-ray, and via video on demand.

3. As part of Nielsen's weekly online tracking surveys, I worked with Warner Bros. to commission Nielsen to include additional questions regarding the title and artwork for the Asylum film *Age of the Hobbits* (the "Tracking Survey"). I directed that the Tracking Survey be conducted on Sunday, November 18, 2012 and Monday, November 19, 2012. Attached as <u>Exhibit 1</u> is a copy of the questions that Nielsen used for the Tracking Survey.

4.	I am informed that to qualify for the Tracking Survey, individual respondents had to be between the ages of 12 to 64 and had to have seen at least two movies in theaters in the past two months, and at least six movies in theaters in the past year.  I am also informed that Nielsen conducted the interviews for the Tracking Survey and sampled individuals throughout the United States.  The Tracking Survey was split into a Test Group and a Control Group.  Each group consisted of 600 individuals.  Respondents in each group were asked open-ended and close-ended questions.

5.	I directed that on Sunday, November 18, 2012, the Test Group be shown the current DVD cover art for Asylum's film *Age of the Hobbits*.  On Monday, November 19, 2012, the Control Group was shown a modified image of Asylum's DVD cover art that was altered in the following manner:  the word "Hobbits" was replaced with the word "Java Men" (a reference to characters in Asylum's film), and the phrase on the DVD "They're Not Tolkien's Hobbits . . . They're Real" was removed.  Additionally, for the Control Group, all questions referenced the fictional film title *Age of the Java Men*, instead of the actual title of Asylum's film *Age of the Hobbits*.  Depicted below and attached as <u>Exhibits 2 and 3</u>, respectively, are the images used in connection with the Tracking Survey (collectively, the "Artwork").

   

**The Test Group Artwork**          **The Control Group Artwork**

6. I directed that at the beginning of the Tracking Survey interviews, respondents were asked to look at one image of cover art (either the Test Group Artwork for the Test Group or the Control Group Artwork for the Control Group). After survey respondents were asked to look at the designated Artwork, interviewers posed a series of open-ended questions (*i.e.*, questions that required survey respondents to answer in their own words) and a single closed-ended question (*i.e.*, a question that called for either a yes or no response).

7. The first set of questions pertained to the "source" of the motion picture, asking survey respondents if they had an opinion about who made or distributed the motion picture in question.

8. The second set of questions also concerned "source," and asked respondents if they had an opinion about what person, company, or organization made the motion picture in question.

9. In the third set of questions asked respondents if they had an opinion about whether or not the makers of the motion picture in question had made any

other films. Those who answered yes were asked a final set of questions pertaining to "affiliation," calling for respondents to identify these other films. For each series of questions, survey respondents also were asked the reasons for their answers.

10. According to the survey results, upon viewing the Test Group Artwork (in other words, Asylum's present DVD cover artwork and title) and being asked who "made or distributed" *Age of the Hobbits*, 30.10% of 196 survey respondents in the Test Group answered with Plaintiffs Warner Bros., New Line, MGM, or SZC; or with J.R.R. Tolkien, author of the book *The Hobbit,* or Peter Jackson, director of *The Hobbit* motion picture. *See* Category 32(a) in the Test Group survey results. Attached as Exhibit 4 are the results of the Test Group survey, conducted on Sunday, November 18, 2012.

11. The Control Group responses to the same question, conducted on Monday, November 19, 2012, generated a much different response. The comparable percentage for the 109 respondents in the Control Group was 6.42%, a difference of 23.68 percentage points between the Test Group and the Control Group. *See* Category 32(a) in the Control Group survey results. Attached as Exhibit 5 are the results of the Control Group survey, conducted on Monday, November 19, 2012.

12. Furthermore, when the Test Group was asked what person, company or organization made *Age of the Hobbits*, 30.09% of 216 respondents answered with Plaintiffs Warner Bros., New Line, MGM, or SZC; with J.R.R. Tolkien or Peter Jackson, or with "the Makers of *The Lord of the Rings*." *See* Exhibit 4, Category 32(c).

13. The Control Group response to the same question again provided a much different result. The comparable percentage for the 63 Control Group respondents was 14.29%, a difference of 15.80 percentage points between the Test Group and the Control Group. *See* Exhibit 5, category 32(c).

14. Additionally, of 66 survey respondents in the Test Group who answered in the affirmative to the question, "Do you know if the makers of *Age of the Hobbits* made any other movies?," 40.91% answered that *Age of the Hobbits* was the work of the makers of the films *The Hobbit* or *The Lord of the Rings*. See Exhibit 4, Category 32(f).

15. Only 20.00% of 15 respondents in the Control Group associated *Age of the Java Men* with the films *The Hobbit* or *The Lord of the Rings*, a difference of 20.91 percentage points. See Exhibit 5, Category 32(f).

16. In summary, the results of the Tracking Survey showed overall confusion rates of between approximately 30 and 40 percent with respect Plaintiffs (and their associated works), and the Asylum DVD *Age of the Hobbits*, and net confusion rates of between approximately 16 and 24 percent.

I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on November 21, 2012, in Los Angeles, California.

_____
Farnaz M. Alemi