JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Farnaz M. Alemi (SBN 255836)
falemi@jenner.com
Kirsten C. Jackson (SBN 265952)
kjackson@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, CA 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

Attorneys for Plaintiffs
WARNER BROS. ENTERTAINMENT
INC., NEW LINE CINEMA LLC, NEW
LINE PRODUCTIONS, INC., METRO-
GOLDWYN-MAYER STUDIOS INC., and
THE SAUL ZAENTZ COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation, <br><br> Defendant. | Case No. 2:12-cv-09547-PSG-CW <br><br> **DECLARATION OF FREDRICA DROTOS IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: ENTRY OF PRELIMINARY INJUNCTION** <br><br> Date:        To Be Determined <br> Time:        To Be Determined <br> Courtroom:  790 – Roybal Building <br><br> Honorable Philip S. Gutierrez |

## DECLARATION OF FREDRICA DROTOS

I, Fredrica Drotos, declare as follows:

1.      I am the Director of Business Affairs for The Saul Zaentz Company d/b/a Middle-earth Enterprises ("SZC"), located in Berkeley, California.  If called to testify, I would and could testify with personal knowledge as to all of the following.

2.      As Director of Business Affairs, my duties have included  overseeing the registration and protection of SZC's trademark rights and motion picture, stage, and merchandising rights in literary properties.  I have knowledge of SZC's acquisition and management of various motion picture rights, legitimate stage rights, television rights, and associated merchandising rights in J.R.R. Tolkien's literary trilogy known as *The Lord of the Rings* and his book *The Hobbit* (collectively, the "Tolkien Works").

3.      The Tolkien Works have achieved enormous worldwide popularity.  Beginning with *The Hobbit*, a fantasy novel first published in the 1930s, J.R.R. Tolkien welcomed hundreds of millions of readers to the world of Middle-earth and its inhabitants.  I am informed that an estimated 100 million copies of *The Hobbit* have been sold in over 40 languages, with over 60 printings.

4.      Professor Tolkien followed up on the success of *The Hobbit* with his *The Lord of the Rings* trilogy, a three-volume fantasy series first published in the 1950s.  The trilogy consists of three novels:  *The Fellowship of the Ring*, *The Two Towers*, and *The Return of the King*.  I am informed that *The Lord of the Rings* has become one of the best-selling fantasy series ever written, with over 150 million copies of the volumes sold worldwide and over 50 printings.  I also am informed that in the United States alone, more than 45 million copies of the Tolkien Works have been sold.

5.      The events in The Tolkien Works take place during a time the books refer to as the "Third Age" of Middle-earth, and result in the passing of the Third

Age into the Fourth Age.  The fanciful inhabitants of Middle-earth created by Professor Tolkien, include "Hobbit" characters such as Bilbo Baggins (the title character from *The Hobbit*), and his nephew, Frodo Baggins.

6.     Beginning in the 1970s, SZC established, and has continued to maintain, a successful worldwide licensing program to promote merchandise and other goods based on the Tolkien Works, as well as on the films and stage adaptations thereof produced or licensed by SZC.  As part of this program, SZC and its licensees have aggressively promoted the HOBBIT Marks through numerous channels of trade.  SZC has used, and licensed others to use, the HOBBIT Marks or other SZC Marks in connection with a wide variety of high quality commercial goods , including, without limitation: films, DVDs, jewelry; chess sets; metal miniature figures; art prints, printed stationery, sheet music, and other printed material; porcelain dolls, plush dolls, toy action figures, and other toys; puzzles, role-playing games, board games, computer and video games, and other games; t-shirts, sweatshirts, baseball caps, and other clothing; candy; other souvenir merchandise; and fan clubs..  Currently, SZC licenses these marks to such licensees as New Line Cinema LLC ("New Line") (now a subsidiary of Warner Bros.), WB Games, Fantasy Flight Games, Badali Jewelry Specialties, Inc., Turbine, Inc., Sophisticated Games, Games Workshop, Wooden Wonders, Royal Selangor, WETA Workshop, and Prince August.

7.     In addition to its substantial common law rights, SZC is the owner of numerous federal registrations for the HOBBIT Marks in connection with various goods, including video games, computer game software, and pre-recorded CD-ROMS featuring fantasy games, fantasy films, and music; board games; and art prints.

8.     SZC owns Registration No. 2,949,370 for THE HOBBIT, filed on July 9, 2002.  Registration No. 2,949,370, for THE HOBBIT was issued on May 10, 2005 for "computer game software and instruction manuals sold as a unit;

video game software and instruction manuals sold as a unit; interactive multimedia computer game software; interactive multimedia video game software; downloadable computer game software; downloadable video game software; pre-recorded CD-ROMs featuring fantasy games, fantasy films and music" in Class 9. Registration No. 2,949,370 is valid, subsisting, and incontestable.

9.    SZC owns Registration No. 3,245,235 for THE HOBBIT, filed on July 9, 2002.  Registration No. 3,245,235 for THE HOBBIT was issued on May 22, 2007 for "providing news and information in the field of entertainment relating to computer games, and video games via global and local area networks" in Class 41.  Registration No. 3,245,235 is valid and subsisting.

10.    SZC is the owner of Registration No. 3,938,229 for THE HOBBIT, filed on June 4, 2007.  Registration No. 3,938,229 for THE HOBBIT was issued on March 29, 2011 for "compact game discs; pre-recorded CD-ROMs featuring fantasy games; video game software featuring fantasy games" in Class 9. Registration No. 3,938,229 is valid and subsisting.

11.    SZC is the owner of Registration No. 1,230,026 for HOBBIT, filed on April 27, 1977.  Registration No. 1,230,026 for HOBBIT was issued on March 8, 1983, for "apparatus sold as a unit for playing a parlor game" in Class 28.  A combined Section 8 affidavit of use and Section 15 affidavit of incontestability was filed on February 2, 1989.  The Section 8 affidavit was accepted and the Section 15 affidavit was acknowledged on May 23, 1989. A combined Section 8 affidavit of use and Section 9 application for renewal was filed on October 15, 2002.  The Section 8 affidavit was accepted and the Section 9 application was granted on February 14, 2003.  Registration No. 1,230,026 is valid, subsisting, and incontestable.

12.    SZC owns Registration No. 2,897,941 for HOBBIT, filed on July 25, 2000.  Registration No. 2,897,941 for HOBBIT was issued on October 26, 2004, for "toy action figures and accessories therefor; toy figures; puzzles except

crossword puzzles; board games; collectible toy figures; mechanical action toys; positionable toy figures" in Class 28.  Registration No. 2,897,941 is valid, subsisting, and incontestable.

13.   SZC owns Registration No. 2,976,573 for HOBBIT, filed on November 13, 2000.  Registration No. 2,976,573, for HOBBIT was issued on July 26, 2005 for "figurines and figural products, namely, collectible figurines and figurines incorporated into settings, made of common metals and their alloys" in Class 6; for "printed matter, namely posters, art prints, postcards" in Class 16; and for "clothing, namely, costumes" in Class 25.  Registration No. 2,976,573 is valid, subsisting, and incontestable.

14.   SZC also owns Registration No. 4,187,873 for THE HOBBIT: AN UNEXPECTED JOURNEY, filed on June 20, 2011.  Registration No. 4,187,873 for THE HOBBIT: AN UNEXPECTED JOURNEY was issued on August 7, 2012, for "clothing, namely t-shirts, shirts" in Class 25.  Registration No. 4,187,873 is valid and subsisting.

15.   SZC also owns Registration No. 3,981,769 for THE HOBBIT filed on June 4, 2007 for "strategy guides for games; posters" in Class 16.  Registration number 3,986,179 was issued on June 21, 2011.  This registration is valid and subsisting.

16.   Attached as <u>Exhibit 1</u> are true and correct copies of the above-mentioned registrations from the Principal Register, which is accessible on the website of the United State Patent and Trademark Office.

17.   In a highly successful licensing of its rights in the Tolkien Works, SZC licensed its right to prepare films and certain related merchandising rights to New Line.  Thus far, New Line has produced a series of three feature-length, live action films based on *The Lord of the Rings* which have won numerous awards, including the 2003 Best Picture Award from the Academy of Motion Picture Arts and Sciences.

18.     In addition, New Line, in association with Warner Bros. Entertainment Inc. ("Warner Bros.") and Metro-Goldwyn-Mayer Studios Inc. ("MGM"), has created and have announced that they will soon distribute three additional films based on the novel *The Hobbit*: *The Hobbit: An Unexpected Journey*, *The Hobbit: The Desolation of Smaug*, and *The Hobbit: There and Back Again* (collectively, the "*Hobbit* Films").  All three works are being directed, co-written, and produced by Peter Jackson, the Academy Award-winning director of the *Lord of the Rings* film trilogy.  The first of the *Hobbit* Films is set for release on December 14, 2012.

19.     SZC has applied to register the titles of each of the three *Hobbit* Films on an intent-to-use basis in Class 9 for, among other things, pre-recorded DVDs featuring fantasy films, fantasy games and/or cartoons, and in Class 41 for entertainment services in connection with providing online electronic games and interactive videogames over the Internet.  In February 2012, the Trademark Office issued Notices of Allowance for THE HOBBIT: AN UNEXPECTED JOURNEY (Serial Nos. 85350515 and 85359688) and Notices of Allowance for THE HOBBIT: THERE AND BACK AGAIN (Serial Nos. 85348202 and 85348380).  Attached as Exhibit 2 are true and correct copies of these Notices of Allowance.  In addition, SZC has a pending application to register the third title THE HOBBIT: THE DESOLATION OF SMAUG (Serial No. 85736834).

20.     In 2007, SZC commissioned a survey in connection with the litigation captioned *The Saul Zaentz Company d.b.a. Tolkien Enterprises v. Wozniak Travel, Inc.*, Case No. C-06-5421-MHP in the United States District Court for the Northern District of California.  Survey expert Dr. Gerald Ford conducted a survey to address the issue of the strength of the HOBBIT mark and the impact, if any, of the use of the word HOBBIT by others.  Based on the survey, Dr. Ford concluded that the word HOBBIT "has strong and extensive Tolkien or Tolkien properties related associations."  For example, the survey showed that "among the general public of

-6-

adults eighteen (18) years of age or above, in the United States, approximately one-half (47.75%) of the respondents' responses evidence an association of the word HOBBIT with Tolkien or Tolkien properties." Attached as <u>Exhibit 3</u> is a true and correct copy of Dr. Ford's report, dated October 17, 2007.

     I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on November 21, 2012 in Berkeley, California.

Fredrica Drotos

Declaration Of Fredrica Drotos In Support of
Plaintiffs' Application for Temporary Restraining Order