JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Farnaz M. Alemi (SBN 255836)
falemi@jenner.com
Kirsten C. Jackson (SBN 265952)
kjackson@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for Plaintiffs
WARNER BROS. ENTERTAINMENT INC., NEW LINE CINEMA LLC, NEW LINE PRODUCTIONS, INC., METRO-GOLDWYN-MAYER STUDIOS INC., and THE SAUL ZAENTZ COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation,<br><br>Defendant. | Case No. 2:12-cv-09547-PSG-CW<br><br>**DECLARATION OF SUSANNAH SCOTT IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: ENTRY OF PRELIMINARY INJUNCTION**<br><br>Date:      To Be Determined<br>Time:      To Be Determined<br>Courtroom: 790 – Roybal Building<br><br>Honorable Philip S. Gutierrez |

## DECLARATION OF SUSANNAH SCOTT

I, Susannah Scott, declare as follows:

1. I am a Senior Vice President of Worldwide Marketing at Warner Bros. Pictures, a division of Warner Bros. Entertainment Inc. ("Warner Bros.") located in Burbank, California. I have been employed by Warner Bros. for approximately 10 years. From 2005 to 2008, I worked in global brand management and later in theatrical marketing. I have held the position of Senior Vice President for approximately one year. If called to testify, I would and could testify with personal knowledge as to all of the following.

2. At Warner Bros., my responsibilities include marketing and advertising activities for the motion picture trilogy based on J.R.R. Tolkien's classic novel, *The Hobbit*. Among other things, I oversee and coordinate the marketing efforts of various business units. The first of the films is titled *The Hobbit: An Unexpected Journey* and will be released in thousands of theaters nationwide on December 14, 2012. The other two films, *The Hobbit: The Desolation of Smaug*, and *The Hobbit: There and Back Again,* will be released theatrically in December 2013, and in the summer of 2014, respectively. For purposes of this declaration, I will refer to the three *Hobbit* motion pictures collectively as the "*Hobbit* Films."

3. The *Hobbit* Films are directed, co-written, and produced by Peter Jackson, the Academy Award-winning filmmaker who directed the three motion pictures based on J.R.R. Tolkien's classic three-volume novel *The Lord of the Rings*.

4. *The Hobbit* is a prequel to *The Lord of the Rings* and the works each include leading Hobbit characters, including Bilbo Baggins (the title character from *The Hobbit*) and his nephew Frodo Baggins (the protagonist of *The Lord of the Rings*). Both works also include similar elements such as mythical flying creatures, fantasy and mythical warfare with swords, spears and banners, tall

mountains and hooded figures holding illuminated objects. Our advertising and promotional materials for the *Lord of the Rings* films and the *Hobbit* Films have depicted these elements. Attached as <u>Exhibit 1</u> are true and correct copies of images we have used to advertise and promote the *Lord of the Rings* films and the *Hobbit* Films.

5. On December 20, 2011, Warner Bros. launched an Internet website devoted to promoting the *Hobbit* Films (www.thehobbit.com). Today, the site provides visitors with access to the story, movie trailers, and a gallery of images from *The Hobbit: An Unexpected Journey*. On every page of the website, the title "*The Hobbit*" is prominently displayed in its slender, gold, stylized serif font in all-capital letters. Attached as <u>Exhibit 2</u> are true and correct copies of printouts from this website, (last accessed November 20, 2012).

6. To promote the first of the *Hobbit* Films, Warner Bros. also has produced and distributed various theatrical and online trailers, including two theatrical trailers that were released in December 2011 and September 2012. The trailers were shown in theaters across the United States. These official trailers have been available and widely accessed through the *Hobbit* Films' website, iTunes movie trailers, YouTube, and Facebook. In addition to the trailers, the first *Hobbit* movie has been advertised on, among other things, billboards, mall kiosks, LCD street panels, retail structures, and wallscapes nationwide, and has been promoted in television advertisements that have aired across the United States. *The Hobbit: An Unexpected Journey* also has been featured on YouTube. Warner Bros. has posted seven television spots on the site to date.

7. Warner Bros. also has promoted the *Hobbit* Films through a range of social media sites. On February 15, 2011, Warner Bros. launched a Facebook page (www.facebook.com/TheHobbitMovie) which, to date, has over 790,000 "Likes" from members of the public. The title "The Hobbit" is prominently displayed in its slender, gold, stylized serif font in all-capital letters. Attached as <u>Exhibit 3</u> is a

true and correct copy of The Hobbit's Facebook page (last accessed November 20, 2012).

8. Warner Bros. also launched a Twitter page for the *Hobbit* Films (@TheHobbitMovie) on August 14, 2012 which, to date, has over 31,500 followers. Furthermore, Warner Bros. has created and launched a smartphone application, "Hobbit Movies," available for free through iTunes. To date, there have been over 253,000 downloads of the application. Attached as <u>Exhibit 4</u> is a true and correct copy of the iTunes page for the application (last accessed November 20, 2012).

9. I am aware that The Global Asylum Inc. ("Asylum) has produced and intends to distribute a straight-to-DVD movie called *Age of the Hobbits*. I also am aware that The Asylum intends to release *Age of the Hobbits* on December 11, 2012 – only three days before the December 14 release of the first of the *Hobbit* Films.

10. If Asylum is not prevented from releasing its film in this manner, it will unfairly benefit from, and will be able free-ride on, Warner Bros.' enormous marketing and promotional efforts with respect to the December 14 release of the first of the *Hobbit* Films. Consumers may purchase Asylum's low-budget, low-quality film amid the extensive marketing campaign for the motion picture *The Hobbit* because they are confused that Asylum's feature-length film is the same as or associated with the *Hobbit* Films produced and distributed by New Line Cinema LLC and Warner Bros.

11. Consumer confusion between the *Hobbit* Films and Asylum's *Age of the Hobbits* movie will cause irreparable harm to Warner Bros. and its producing and distribution partners. Any mistaken association between Asylum's low-budget film and the *Hobbit* Films is harmful because it directly affects Warner Bros.' control over the reputation and goodwill of the *Hobbit* Films and reduces the value of the *Hobbit* Films franchise, especially because there are two subsequent motion

pictures in the *Hobbit* Films trilogy yet to be marketed and released. Consumers may form negative opinions about the quality of the *Hobbit* Films if they mistakenly believe that Asylum's low-budget film is the same as, or associated with, *The Hobbit*. Release of Asylum's film under the title *Age of the Hobbits* thus will tend to cheapen the perception among consumers of the *Hobbit* Films, despite the significant efforts of Warner Bros. to advertise the *Hobbit* Films as entertaining and high quality motion pictures, much like the popular, critically-acclaimed and award-winning *Lord of the Rings* films.

I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on November 21, 2012, in Burbank, California.

*[Signature]*
Susannah Scott

Declaration Of Susannah Scott In Support of
Plaintiffs' Application for Temporary Restraining Order