JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Farnaz M. Alemi (SBN 255836)
falemi@jenner.com
Kirsten C. Jackson (SBN 265952)
kjackson@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, CA 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

Attorneys for Plaintiffs
WARNER BROS. ENTERTAINMENT INC., NEW LINE CINEMA LLC, NEW LINE PRODUCTIONS, INC., METRO-GOLDWYN-MAYER STUDIOS INC., and THE SAUL ZAENTZ COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation,<br><br>Defendant. | Case No. 2:12-cv-09547-PSG-CW<br><br>**DECLARATION OF HOWARD WELINSKY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: ENTRY OF PRELIMINARY INJUNCTION**<br><br>Date:         To Be Determined<br>Time:        To Be Determined<br>Courtroom: 790 – Roybal Building<br><br>Honorable Philip S. Gutierrez |

# DECLARATION OF HOWARD WELINSKY

I, Howard Welinsky, declare as follows:

1. I am Senior Vice-President of Administration for Warner Bros. Distributing Inc., located in Burbank, California. I have 40 years of experience in theatrical distribution, and I have been with the Warner Bros. Entertainment Inc. ("Warner Bros.") family of companies for over 38 years. If called to testify, I would and could testify with personal knowledge as to all of the following.

2. At Warner Bros., I am responsible for the administration of theatrical distribution for new motion picture releases. My department supports Warner Bros.' sales organization and ensures that necessary systems and procedures are in place for effective and efficient theatrical distribution.

3. My present responsibilities include preparing for the release of *The Hobbit: An Unexpected Journey*. This film is the first in a three-part series of motion pictures based on J.R.R. Tolkien's classic novel, *The Hobbit*. *The Hobbit: An Unexpected Journey* is set to be imminently released nationwide on December 14, 2012, in approximately 4,500 theaters across the United States. The other two films in the series, *The Hobbit: The Desolation of Smaug*, and *The Hobbit: There and Back Again*, will be released theatrically in December 2013, and in the summer of 2014, respectively. All three works are being directed, co-written, and produced by Peter Jackson, the Academy Award-winning director of the *Lord of the Rings* motion picture trilogy.

4. I am aware that Global Asylum Inc. ("Asylum") has produced and intends to distribute a low-budget, feature-length motion picture called *Age of the Hobbits* on DVD and via video on demand. I also am aware that Asylum intends to release *Age of the Hobbits* on December 11, 2012 – only three days before Warner Bros.' release of *The Hobbit* in thousands of theaters across the United States.

5. The December 11, 2012 release of Asylum's low-budget film *Age of*

*the Hobbits* threatens to negatively affect the release of *The Hobbit: An Unexpected Journey* in a manner that it is difficult, if not impossible, to quantify or compensate. Due to the confusingly similar titles of the two films and their near-simultaneous release dates, Asylum's DVD has the clear potential to confuse consumers by causing them to believe that the film *Age of the Hobbits* is the same as, or associated with, the New Line and Warner Bros. motion picture *The Hobbit* or to believe that they can purchase or view *The Hobbit* via the Internet. Consumers who are confused in this manner will be less likely to see *The Hobbit* in theaters, which will adversely impact opening weekend box office sales for *The Hobbit*. The opening weekend for a major motion picture is the most critical period of a theatrical release. In most cases, it is the most successful weekend for a movie. It is an important measure of a film's success, and it often sets the tone for the rest of the film's distribution, including eventually DVD and on-demand video sales. If opening weekend is disrupted, then a film will not be able to catch up in the box office. It will lose momentum, and this will detrimentally impact the overall success and reputation of a motion picture.

6. Asylum's straight-to-DVD film *Age of the Hobbits* also poses a threat because the modest DVD price (less than $15) is roughly the same as the cost of a ticket to see the theatrical release of *The Hobbit*. Once consumers have mistakenly purchased Asylum's low-budget film believing it to be New Line and Warner Bros.' *The Hobbit*, they will become significantly less likely to reinvest in purchasing a movie ticket to see the actual *Hobbit* motion picture.

7. Asylum's low-budget film *Age of the Hobbits* also threatens to irreparably harm the reputation and value of the motion picture *The Hobbit* in the market. Consumers may mistakenly perceive the *Hobbit* film to be of lower quality than that of its highly-successful and critically-acclaimed predecessors, the *Lord of the Rings* film trilogy – particularly if Asylum's low-quality film generates negative word-of-mouth or online reviews.

Declaration Of Howard Welinsky In Support of
Plaintiffs' Application for Temporary Restraining Order

I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on November 20, 2012 in Burbank, California.

_____
Howard Welinsky

I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on November 20, 2012 in Burbank, California.

_____
Howard Welinsky