JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Farnaz M. Alemi (SBN 255836)
falemi@jenner.com
Kirsten C. Jackson (SBN 265952)
kjackson@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, CA 90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

Attorneys for Plaintiffs
WARNER BROS. ENTERTAINMENT INC., NEW LINE CINEMA LLC, NEW LINE PRODUCTIONS, INC., METRO-GOLDWYN-MAYER STUDIOS INC., and THE SAUL ZAENTZ COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation,<br><br>　　　　　Defendant. | Case No. 2:12-cv-09547-PSG-CW<br><br>**DECLARATION OF MICHAEL J. SAKSA IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: ENTRY OF PRELIMINARY INJUNCTION**<br><br>Date:　　　　To Be Determined<br>Time:　　　　To Be Determined<br>Courtroom:　790 – Roybal Building<br><br>Honorable Philip S. Gutierrez |

2154650.6

## DECLARATION OF MICHAEL J. SAKSA

I, Michael J. Saksa, declare as follows:

1. I am the Executive Vice President and General Manager, New Release, for Warner Bros. Home Entertainment Inc. located in Burbank, California and I have 17 years of experience in home entertainment distribution. If called to testify, I would and could testify with personal knowledge as to all of the following.

2. At Warner Bros. I am responsible for marketing, sales, operations and finance for theatrical new release products in the U.S. home entertainment market, including DVD, Blu-ray and digital distribution. I am responsible for the home entertainment distribution of the highly-anticipated major motion picture, *The Hobbit*: *An Unexpected Journey* ("*The Hobbit*") which will be distributed domestically in the home entertainment market by Warner Bros.

3. I am aware that Global Asylum Inc. ("Asylum") has produced and intends to distribute a feature-length movie called *Age of the Hobbits* on DVD/Blu-ray and via video on demand. I also am aware that The Asylum intends to release *Age of the Hobbits* on December 11, 2012 – just three days before the December 14 release of *The Hobbit* in thousands of theaters across the United States.

4. The title of The Asylum's movie *Age of the Hobbits* is confusingly similar to Warner Bros.' movie *The Hobbit*. This creates the potential for consumer confusion in the marketplace, especially because the movie is scheduled to be released at almost exactly the same time as Warner Bros.' major motion picture. The fact that Asylum's movie is being released on DVD/Blu-ray and via video on demand and the Warner Bros. movie is being released in theaters does not dispel consumer confusion. According to an online survey conducted in 2010 by market research group Lieberman Research Worldwide, almost half of consumers are generally not aware of film release "windows" – that is, that a major motion

picture will first be released in theaters for a certain time period, and subsequently will be released for home entertainment, and then later on pay television and through other distribution channels. Because many people are not aware of these windows, many consumers may purchase the *Age of The Hobbits* movie on the opening weekend of *The Hobbit* (or shortly thereafter), thinking they are purchasing a copy of the major motion picture. They will not know that the movie they are purchasing has nothing to do with *The Hobbit*.

5. If Asylum's movie is distributed in the marketplace with the confusing title *Age of the Hobbits*, this will have a detrimental impact on Warner Bros.' theatrical sales as well as home entertainment sales. Based on my experience, there is likely to be a "cannibalization" effect such that households that purchase Asylum's movie will be less likely to purchase Warner Bros.' *Hobbit* film for home entertainment.

6. Additionally, because the quality of Asylum's cheaply-produced movie is not up to the extremely high quality and cutting-edge standards of *The Hobbit*, and because the price of Asylum's confusing movie *Age of the Hobbits* is relatively low, at $12.99, there is likely to be a perception by consumers that *The Hobbit* is a low-quality production, or that there is a discounted version of *The Hobbit* available in the marketplace. This will tend to cheapen the value of *The Hobbit* as a motion picture title and brand, an injury that will be difficult, if not impossible, to quantify or fully remedy once Asylum's confusing movie is widely distributed.

7. Asylum's advertising, release, and distribution of *Age of the Hobbits* thus threatens to irreparably harm the reputation and value of *The Hobbit* and to detrimentally impact the goodwill and reputation that New Line and Warner Bros. have built over many years in their creation, development, promotion, and distribution of the *Lord of the Rings* and *Hobbit* movie franchises.

I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on November 20, 2012, in Los Angeles, California.

*[signature]*
Michael J. Saksa