SCOTT A. MEEHAN, ESQ.  Sbn #139314
malibupictures@earthlink.net
23852 Pacific Coast Highway, #299
Malibu, California 90265
(310) 317-0717
(310) 317-0917 fax

Attorney for Respondent
The Global Asylum, Inc.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation, <br><br> Defendant. | Case No. 2:12-cv-09547-PSG-CW <br><br> DECLARATION OF SCOTT A. MEEHAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TRO |

1

DECLARATION OF SCOTT A. MEEHAN

<u>DECLARATION OF SCOTT A. MEEHAN</u>

I, SCOTT A. MEEHAN, declare:

1. I am an attorney licensed to practice before this Court and all courts in the State of California and am admitted to practice before the United States District Court for the Central District of California. I am the attorney for defendant The Global Asylum, Inc. ("Defendant") in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, would competently testify thereto.

2. Attached, hereto as Exhibit 1 is a true and correct copy of a Nature magazine article titled "'Hobbit' was a dwarf with large feet" first published on May 6, 2009, which describes the discovery of *Homo Floresiensis*, also known as "hobbits."

3. Attached hereto as Exhibit 2 is a true and correct copy of an article found at www.sciencedaily.com titled "Hobbits are a New Human Species, According to Statistical Analysis of Fossils" which also references the discovery of *Homo Floresiensis*, also known as "hobbits."

4. I personally watched an episode on "Nova," the most well-respected television series on matters of science--and have since noted that it has repeatedly aired--an hour-long documentary about *Homo Floresiensis* referring to them as "Hobbits."

5. I personally Googled the terms "hobbits" and "archaeology." The result was dozens of articles with the term "hobbits" in the title in reference to *Homo Floresiensis*.

6. On August 31, 2012, Plaintiffs' counsel, Michael Grow, sent a 7-page letter to Defendant that I received protesting the marketing and advertising for *Age of the Hobbits*.

7. On September 14, 2012, I contacted Mr. Grow and promised to change the artwork, title treatment, and include a disclaimer for the subject film. However, I also informed Plaintiff's counsel in no uncertain terms that the term "Hobbits" would stay in the title because it accurately described the subject matter of the film, that is,

DECLARATION OF SCOTT A. MEEHAN

1   *Homo Floresiensis,* and further that such usage was protected as "fair use."

2          8. On September 20, 2012, new artwork featuring a more distinctive title

3   treatment, pre-historic man in a jungle setting as well as a disclaimer immediately

4   below the title informing the public that this was not Tolkien's Hobbits was presented

5   to Mr. Grow. I also informed Mr. Grow that we were amenable to further changes to

6   the artwork, title treatment, and disclaimer. However, I never heard back from Mr.

7   Grow.

8          9. Over four (4) weeks later, on October 19, 2012, I was contacted by

9   Plaintiffs new counsel, AJ Thomas. Again, I made the same offer to Mr. Thomas, that

10  Defendant would consider changes to the artwork, title treatment, and disclaimer to

11  remove any possible confusion. However, I also informed Mr. Thomas that "Hobbits"

12  would remain in the title as legally-recognized fair use based on the reference to *Homo*

13  *Floresiensis.* Like its prior counsel, Mr. Thomas said he would check with his client

14  and get back to me. However, like prior counsel, Mr. Thomas never came back to me

15  with any requested changes at any time.

16         10. Except as set forth above, there was not nor has there ever been any

17  negotiations or discussions between the parties prior to the filing of the lawsuit.

18         11. On November 12, 2012, I contacted Mr. Thomas and informed him

19  that some foreign distributors had requested to change the title of the subject film to

20  *Clash of the Empires.* I asked him if his clients would object to the use of that title for

21  the subject film. Mr. Thomas responded that there would not be any objection to the

22  use of that title. Mr. Thomas inquired as to whether Asylum would change the title on

23  all versions. I responded that my client would not be doing that. I renewed my offer

24  to consider any changes except the use of the term "hobbits" (*i.e.* artwork, title

25  treatment and/or disclaimer). Again, Mr. Thomas did not request any such changes.

26         12. At no time did Mr. Thomas make any complaint about the imminent

27  release date of the subject film until the afternoon before the Thanksgiving weekend by

28  //

---

3

DECLARATION OF SCOTT A. MEEHAN

1   a telephonic voicemail message.

2        I declare under penalty of perjury under the laws of the United States of

3   America that the foregoing is true and correct.   Dated this 27th day of November,

4   2012, at Westlake Village, California.

5

6

7   _____

8   Scott A. Meehan

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

Published online 6 May 2009 | Nature | doi:10.1038/news.2009.448
News

# 'Hobbit' was a dwarf with large feet

**Studies suggest Flores man was a distinct species.**

Rex Dalton

From head to toe, the bones of a metre-tall species dating from somewhere between 17,000 and 95,000 years ago **continue** to reveal the potential complexities of human evolution.

Two articles published in *Nature* today focus on *Homo floresiensis* — one describes how its brain could have dwarfed to its unusually small size[1], the other how its large feet, similar to those of chimps, would have allowed it to walk efficiently but probably not to run well on two legs[2].



Was the hobbit from a family of Proudfoots?

*Djuna Ivereigh / ARKENAS*

"It is a fascinating specimen — a combination of puzzling features never seen together before," says Jeremy DeSilva, a palaeoanthropologist at Worcester State College in Massachusetts, who wasn't involved in the research.

Discovered on the Indonesian island of Flores in 2003 and dubbed 'the Hobbit' after it was reported in 2004[3], the species triggered a worldwide debate about its origins.

In particular, a hard-core cadre of critics said that the skeleton was that of a human who was suffering from microcephaly — a disorder in which the head is much smaller than normal — limiting its brain to 417 $cm^3$, a third the size of the average human brain. The team, hailing from Indonesia and **Australia**, that discovered the bones argued that the species' brain had probably shrunk owing to its isolation on an island with sparse resources, a phenomenon experienced by other insular animals.

Now Eleanor Weston and Adrian Lister of London's Natural History Museum have used brain-scaling data from extinct species of dwarf Madagascan hippopotamuses to show how the Hobbit's brain could easily have reached its proportions.

And William Jungers of Stony Brook University in New York and his colleagues report that analysis of the near-complete left foot and parts of the right foot indicate that the animal derives from a more primitive species than was previously believed.

**Compelling evidence?**

Daniel Lieberman, a Harvard University biological anthropologist, called the results "considerable evidence" that *H. floresiensis* is a bona fide species[4].

But Robert Martin — a biological anthropology curator at the Field Museum in Chicago, who maintains that the Hobbit's brain couldn't have shrunk from a human relative — remains unconvinced by the hippo article.

"I think that claim goes too far, based as it is on a single case relying on indirect evidence," he told *Nature News*.

DeSilva notes that whatever the view of palaeoanthropologists, the work by Jungers and his colleagues offers valuable glimpses of early bones seldom seen. The feet are important because they are crucial to understanding locomotion.

In the case of *H. floresiensis*, Jungers says, "it is a real mosaic of primitive and derived features".     ADVERTISEMENT

The foot was long in relation to lower limb length, he says. The big toe was in line with the other toes, but it was short, whereas the other toes were long.

"No human on Earth has proportions like that," he says. Because of these characteristics, he adds, *H. floresiensis* would have been adept at walking but not a good runner.

He adds that the features suggest that *H. floresiensis* derived from either the earliest *Homo erectus*, which reached Southeast Asia by about 1.6 million years ago, or the more primitive *Homo habilis*, thought to have arrived about 1.8 million years ago.

**Game over**

To address the brain-size debate, mammal palaeontologists Weston and Lister examined about 50 skulls of two types of dwarf hippo, some of which lived as recently as about 1,200 years ago.

The authors scaled brain mass to body mass in these species. By **applying** a model of this scaling, they determined that *H. floresiensis* ' brain could have shrunk to about the size known from the lone skull.

"Whatever the explanation for the tiny brain of *H. floresiensis* relative to its body size, the evidence presented here suggests that the phenomenon of insular dwarfism could have played a part in its evolution," they write.

Although Weston and Lister's study may not have convinced Martin, it was met with overwhelming enthusiasm by Jungers.

"The game is over," says Jungers. "The evidence is overwhelming."

> **"The game is over.**
> **The evidence is**
> **overwhelming."**

But doubts still linger among those researchers who wonder how a species with such a little brain could make stone tools, hunt the island's pygmy elephants and dodge its giant lizards.

These palaeoanthropologists believe any Hobbit fossils discovered in the future will show that the species dwarfed rapidly from *Homo sapiens* — which first evolved more than 200,000 years ago in Africa — rather than an earlier ancestor.

In Indonesia, archaeologists Michael Morwood of the University of Wollongong in New South Wales, Australia, and Thomas Sutikna of National Research and Development Centre for Archaeology in Jakarta, members of the team that originally unearthed *H. floresiensis*, continue to excavate annually at the Liang Bua cave — which last summer yielded more *H. floresiensis* bones and teeth. Attempts will probably be made to identify DNA in this material; previous tests on teeth and bones have not yielded DNA.

An expanded excavation schedule also is planned if a pending grant is forthcoming, says Morwood.

### References

1. Weston, E. M. & Lister, A. M. *Nature* **459**, 85–88 (2009). | **Article** |
2. Jungers, W. L. *et al. Nature* **459**, 81–84 (2009). | **Article** |
3. Brown, P. *et al. Nature* **431**, 1055–1061 (2004). | **Article** | **PubMed** | **ISI** | **ChemPort** |
4. Lieberman, D. E. *Nature* **459**, 41–42 (2009). | **Article** |

## Comments

*If you find something abusive or inappropriate or which does not otherwise comply with our **Terms** or **Community Guidelines**, please select the relevant 'Report this comment' link.*

*Comments on this thread are vetted after posting.*

they got bones that are not that old. Anyone's gonna sequence the DNA? if it works with        #7249
neanderthal bones, mammoth hairs...

**Report this comment**                    Posted by: **Mark van Passel** | 2009-05-07 05:07:06 AM

#7251

Does reduced brain size necessarily imply reduced mental abilities? Is there any suggestion that dwarf hippos and other species subject to island dwarfism suffer in this way? Surely cortical area rather than overall volume is what we want to be looking at...

**Report this comment**          Posted by: **Andrew Helck**  |  2009-05-07 09:35:37 AM

Besides the making of stone tools, hunting pygmy elephants, and dodge nasty lizards, there is        #7289
also the issue of how they even got to the island. Even at glacial maximum with significantly lowered sea level the island was separated from any other land by deep water. Are we to assume that the earliest H. erectus or that any H. habilis could make rafts?

**Report this comment**          Posted by: **Christian Shorey**  |  2009-05-12 11:32:24 AM

Interesting research, regards **Dawn Dish Soap**                                    #44218

**Report this comment**          Posted by: **Kelly Flirt**  |  2012-06-12 01:54:17 PM

# Add your own comment

This is a public forum. Please keep to our **Community Guidelines**. You can be controversial, but please don't get personal or offensive and do keep it brief. Remember our threads are for feedback and discussion - not for publishing papers, press releases or advertisements.

You need to be registered with Nature to leave a comment. Please log in or register as a new user. You will be re-directed back to this page.

**Log in / register**

*Nature*   ISSN 0028-0836    EISSN 1476-4687

About NPG
Contact NPG
Accessibility statement
Help

Privacy policy          Naturejobs
Use of cookies         Nature Asia
Legal notice            Nature Education
Terms                   RSS web feeds

About Nature News
Nature News Sitemap

Search:                                    go

© 2012 Nature Publishing Group, a division of Macmillan Publishers Limited. All Rights Reserved.

partner of AGORA, HINARI, OARE, INASP, ORCID, CrossRef and COUNTER

Exhibit 2




Get more out of your Medicare health plan with Kaiser Permanente Senior Advantage (HMO). Enro Get
1,2 Disclosure

## Science News

*… from universities, journals, and other research organizatio*

# 'Hobbits' Are a New Human Species, According to Statistical Analysis of Fossils

*ScienceDaily (Nov. 19, 2009)* — Researchers from Stony Brook University Medical Center in New York have confirmed that *Homo floresiensis* is a genuine ancient human species and not a descendant of healthy humans dwarfed by disease. Using statistical analysis on skeletal remains of a well-preserved female specimen, researchers determined the "hobbit" to be a distinct species and not a genetically flawed version of modern humans.

**Share This:**

Like  698

Tweet  2

1

218

**Related Ads:**
- The Hobbit
- Evolution
- Fossils
- Human

**See Also:**

**Fossils & Ruins**
- Early Humans
- Human Evolution
- Fossils
- Anthropology
- Cultures
- Evolution

**Reference**
- Homo floresiensis
- Homo rudolfensis

Details of the study appear in the December issue of *Significance*, the magazine of the Royal Statistical Society, published by Wiley-Blackwell.

In 2003 Australian and Indonesian scientists discovered small-bodied, small-brained, hominin (human-like) fossils on the remote island of Flores in the Indonesian archipelago. This discovery of a new human species called *Homo floresiensis* has spawned much debate with some researchers claiming that the small creatures are really modern humans whose tiny head and brain are the result of a medical condition called microcephaly.

Researchers William Jungers, Ph.D., and Karen Baab, Ph.D. studied the skeletal remains of a female (LB1), nicknamed "Little Lady of Flores" or "Flo" to confirm the evolutionary path of the hobbit species. The specimen was remarkably complete and included skull, jaw, arms, legs, hands, and feet that provided



*New statistical analysis confirms that the recently discovered human-like "hobbit" -- Homo floresiens -- is a genuine ancient human species and not a descendant of healthy humans dwarfed by disease (Credit: Image courtesy of Wiley-Blackwell)*

**Ads by Google**

**Hobbit Release Date** — 100% Middle Earth, 100% Pure NZ. Your Dreams Are Waiting. Know More. > www.NewZealand.com

**Protein,Antibody & cDNA** — 3000+ human Proteins for Research, Best Quality Antibodies, ELISA Kits ... > www.SinoBiological.com/Adhesior

**Dental Implant Warnings** — What You Should Know Before Getting Dental Implants. Read Expert Advice ... > symptomfind.com/CosmeticDentalCan