1  SCOTT A. MEEHAN, ESQ.  Sbn #139314
   malibupictures@earthlink.net
2  23852 Pacific Coast Highway, #299
   Malibu, California 90265
3  (310) 317-0717
   (310) 317-0917 fax
4
   Attorney for Respondent
5  The Global Asylum, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  WARNER BROS. ENTERTAINMENT           )  Case No. 2:12-cv-09547-PSG-CW
    INC., a Delaware corporation; NEW    )
12  LINE CINEMA LLC, a Delaware          )  DECLARATION OF PAUL
    limited liability company; NEW LINE  )  BALES IN SUPPORT OF
13  PRODUCTIONS, INC., a California      )  DEFENDANT'S OPPOSITION
    corporation; METRO-GOLDWYN-         )  TO PLAINTIFFS'
14  MAYER STUDIOS INC., a Delaware      )  APPLICATION FOR
    corporation; and THE SAUL ZAENTZ    )  TEMPORARY RESTRAINING
15  COMPANY, a Delaware corporation,     )  ORDER
                                         )
16               Plaintiffs,             )
                                         )
17       v.                              )
                                         )
18  THE GLOBAL ASYLUM INC. (aka          )
    The Asylum), a California corporation,)
19                                       )
                 Defendant.              )
20

21                 DECLARATION OF PAUL BALES.

22       I, PAUL BALES, declare:

23       1.  I am an officer and director of The Global Asylum, Inc. ("Defendant"),

24  defendant in this action.  I have personal knowledge of the facts stated herein and, if

25  called as a witness would competently testify thereto.

26       2.  In February of 2012, at the European Film Market in Berlin, Defendant

27  announced the production and release of its film *Age of the Hobbits*.

28       3.  Defendant's film is not a knockoff of Tolkien's fantasy characters set

                                        1

1  in the English countryside (referred to as "Middle Earth"), but is a story about the
2  "real" Hobbits--*Homo Floresiensis*-set in the Indonesian jungles of their origin.
3  Indeed, the artwork features pre-history humans clashing in a jungle.

4        4. In August of 2012, Defendant announced the release date of *Age of the*
5  *Hobbits* as December 11, 2012, on its website.

6        5. A true and correct copy of the current artwork for *Age of the Hobbits* is
7  attached hereto as Exhibit 1.

8        5. On and before November 19, 2012, Asylum duplicated 7468 DVD
9  copies and 407 blu-ray discs of *Age of the Hobbits* and delivered them to various
10 distributors. In addition, master elements of *Age of the Hobbits* were delivered to
11 various other distributors who will do their own duplication. Most of the distributors
12 will then deliver the DVDs and blu-ray discs to various retail or rental outlets
13 throughout the United States. I am also informed that it has or will appear on one
14 video-on-demand service. However, the only direct relationship Defendant maintains
15 with end-use distributors is Blockbuster for which there are only approximately 2100
16 units. In other words, except for the 2100 units at Blockbuster, the DVDs are in the
17 stream of commerce outside of our possession, custody or control. Except for sales on
18 our website, there are no other outlets for distribution of *Age of the Hobbits* planned in
19 the foreseeable future.

20       6. Defendant has released over 150 films. Of those 150 films,
21 approximately 20 would qualify as "mockbusters." "Mockbusters" are low-budget,
22 tongue-in-cheek parodies of big budget films. "Mockbusters" do not "trick"
23 customers. For example, according to the reports from one of our distributors, the
24 return rate for non-mockbusters is .04%. By contrast, the return rate for
25 "mockbusters" is **less** than .04%. .However, *Age of the Hobbits* is not a "mockbuster"
26 of Plaintiffs' film because, among other reasons, the title is not in any way similar to
27 //
28 //

2

DECL. OF PAUL BALES IN OPPOSITION TO PLAINTIFFS' TRO

1 | *The Hobbit: An Unexpected Journey.*

2 |         I declare under penalty of perjury under the laws of the United States of

3 | America that the foregoing is true and correct.   Dated this 27th day of November,

4 | 2010, at Burbank, California.

5 |

6 |

7 | Paul Bales

# Exhibit 1

