# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation,<br><br>Defendant. | Case No. 2:12-cv-09547-PSG-CW<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING CONFIDENTIAL DECLARATION OF SUSANNAH SCOTT UNDER SEAL**<br><br>Honorable Philip S. Gutierrez |

FILED
CLERK, U.S. DISTRICT COURT
NOV 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

The Application of Plaintiffs Warner Bros. Entertainment Inc. ("Warner Bros."), New Line Cinema LLC, New Line Productions, Inc., Metro-Goldwyn-Mayer Studios Inc. ("MGM"), and The Saul Zaentz Company ("SZC") (collectively, "Plaintiffs") to File Confidential Declaration of Susannah Scott Under Seal has come before the Court. Having considered the application and documents proposed to be filed under seal, for good cause shown,

IT IS HEREBY ORDERED THAT the Confidential Declaration of Susannah Scott is hereby filed under seal.

IT IS SO ORDERED.

Dated: 11/27, 2012

Philip S. Gutierrez
United States District Judge

Submitted by:
JENNER & BLOCK LLP


/s/ Andrew J. Thomas
Andrew J. Thomas


Attorneys for Plaintiffs
WARNER BROS. ENTERTAINMENT INC.
NEW LINE CINEMA LLC
NEW LINE PRODUCTIONS, INC.
METRO-GOLDWYN-MAYER STUDIOS INC.
THE SAUL ZAENTZ COMPANY

[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING CONFIDENTIAL DECLARATION UNDER SEAL