RECEIVED
filed

SCOTT A. MEEHAN, ESQ. Sbn #139314
malibupictures@earthlink.net
23852 Pacific Coast Highway, #299
Malibu, California 90265
(310) 317-0717
(310) 317-0917 fax

Attorney for Defendant and Counter-Claimant
The Global Asylum, Inc.

2012 NOV 28  PM 3:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation, <br><br> Defendant. | Case No. 2:12-cv-09547-PSG-CW <br><br> COUNTERCLAIM FOR DECLARATORY RELIEF <br><br> JURY TRIAL DEMANDED |
| THE GLOBAL ASYLUM, INC., a California corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation, | |

1

Counterclaim-Defendants. )

Counter-Claimant THE GLOBAL ASYLUM, INC. ("Claimant"), alleges as follows:

1. The Court has subject matter jurisdiction of this matter as it is a counterclaim under F.R.C.P. 13(a)(1)(A) arising out of the same transaction and/or occurrence of events as alleged by Counter-Defendants WARNER BROS. ENTERTAINMENT, INC., NEW LINE CINEMA LLC, NEW LINE PRODUCTIONS, INC., METRO-GOLDWYN-MAYER STUDIOS INC., and THE SAUL ZAENTZ COMPANY, (collectively, "Defendants"), plaintiffs in this action, in their original Complaint.

2. In 2003, researchers on the Indonesian island of Flores discovered the 18,000-year-old bones of an adult woman who was approximately a yard tall. This new species was named *Homo Floresiensis* and nicknamed the "Hobbit." The "Hobbit" name stuck and since the discovery, members of the species *Homo Floresiensis* have been commonly referred to as "Hobbits."

3. Claimant is advertising, marketing, and selling a motion picture titled *Age of the Hobbits*. The "Hobbits" referenced in the title are characters in the film and are members of the species *Homo Floresiensis*, more popularly known as "Hobbits."

4. An actual controversy exists in that Defendants claim various intellectual property rights in and to the term "Hobbits" and have challenged and seek to prohibit Claimant's use of the term "Hobbits" in its film title *Age of the Hobbits*. Claimant maintains that "Hobbits" has a meaning beyond its source-identifying funtion, that is, it is also the common name for the species *Homo Floresiensis*. In addition, use of the term "Hobbits" in a film title is a protected fair use under the law.

9. Claimant seeks an order of this Court declaring that Claimant is entitled to use the term "Hobbits" within the film title *Age of the Hobbits* for the film of the same name.

WHEREFORE, Claimant prays for judgment against Defendants, and each of them as follows:

1. For a declaration of Claimant's rights that it, its licensees, successors, and assigns, are entitled to use the term "Hobbits" within the film title *Age of the Hobbits* for the film of the same name.

2. For costs of suit incurred herein; and

3. For such other relief as the Court deems just and proper.

DATED: November 28, 2012            SCOTT A. MEEHAN, ESQ.

By _____
Scott A. Meehan
Attorney for Defendant and Counter-Claimant
The Global Asylum, Inc.

COUNTER-CLAIM FOR DECLARATORY RELIEF

## JURY TRIAL DEMAND

Counter-Claimant The Global Asylum, Inc. respectfully requests a jury trial in this action

DATED: November 28, 2012

SCOTT A. MEEHAN, ESQ.

By _____
Scott A. Meehan
Attorney for Defendant and Counter-Claimant
The Global Asylum, Inc.