1  SCOTT A. MEEHAN, ESQ.  Sbn #139314
   malibupictures@earthlink.net
2  2945 Townsgate Road, suite 200
   Westlake Village, CA 91361
3  (818) 707-0338
   (818) 707-0339 fax
4
   Attorney for Defendant and Counterclaimant
5  The Global Asylum, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation, <br><br> Defendant. | Case No. 2:12-cv-09547-PSG-CW <br><br> DECLARATION OF PAUL BALES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER <br><br> **SUPPLEMENTAL** |

DECLARATION OF PAUL BALES.

I, PAUL BALES, declare:

1. I am an officer and director of The Global Asylum, Inc. ("Asylum"), defendant in this action. I have personal knowledge of the facts stated herein and, if called as a witness would competently testify thereto.

2. I have been made aware of Plaintiffs' claim that Asylum has allegedly "promoted its film on Netflix as 'based on a reimagined version of J.R.R. Tolkien's mythical universe.'" This allegation is absolutely false. First, Defendant does not

1. advertise any film on Netflix. Second, neither Asylum nor anyone affiliated with the Asylum has ever circulated any such statement or anything similar to such statement to anyone. Third, Asylum was not aware of any such statement until informed of it by Plaintiffs and Asylum immediately instructed Netflix to remove the statement.

3. The back cover for the DVD *Age of the Hobbits* now and has always contained the following description of the subject film:

> "In 2003, researchers digging in the remote jungles of Indonesia discovered the bones of a three-foot tall adult female. This previously unknown human species was quickly dubbed "Hobbits" after the smallish characters from J.R.R. Tolkien's book, "The Hobbit," Unlike Tolkien's fantasy, these "Hobbits" were real."

From day 1 of the project, *Age of the Hobbits* were always about *Homo Floresiensis*.

4. To the extent my original declaration was unclear, Asylum has no means to prevent *Age of the Hobbits* from hitting store shelves except for the copies at Blockbuster Video with whom we have a direct contractual relationship. It is my best estimate that all DVDs have already been shipped to retailers/rental outlets and may already be on the shelves in some instances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Dated this 3rd day of December, 2012, at Burbank, California.

_____
Paul Bales

---
2
DECL. OF PAUL BALES IN OPPOSITION TO PLAINTIFFS' TRO SUPPLEMENTAL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an active member of the State Bar of California and not a party to this action.

My business address is 2845 Townsgate Road, Suite 200, Westlake Village, California 91361.

On December 3, 2012, I served the foregoing document described as

DECLARATION OF PAUL BALES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TRO **SUPPLEMENTAL** on the parties in this action by facsimile transmission to:

> Andrew J. Thomas, Esq.
> Jenner & Block, LLP
> 633 West 5th Street, Suite 3600
> Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 3, 2012, at Westlake Village, California.

_____
Scott A. Meehan