# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS ENTERTAINMENT INC , et al.<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>GLOBAL ASYLUM INC<br><br><br>　　　　Defendant(s). | CASE NO:<br>2:12–cv–09547–PSG–CW<br><br><br>ORDER SETTING SCHEDULING CONFERENCE |

　　　This matter is set for a scheduling conference on **April 22, 2013 at 02:00 PM.** The Conference will be held pursuant to F.R.Civ. P. 16(b).  The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than **21** days prior to the scheduling conference, and to file a joint statement with the Court not later than **14 days** after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court.  In their F.R.Civ. P. 26(f) Report, the parties shall indicate whether they have agreed to participate in the Court's ADR Program, to private mediation or, upon a showing of good cause, to a Magistrate Judge for a settlement conference. Failure to comply may lead to the imposition of sanctions.

　　　**IT IS SO ORDERED.**

　DATED: December 5, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Philip S. Gutierrez
　　　　　　　　　　　　　　　　　　　United States District Judge