UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | CV 12-9547-PSG (CWx) | Date: | December 7, 2012 |
|---|---|---|---|
| Title: | WARNER BROS ENTERTAINMENT, INC., ET AL. -VS- THE GLOBAL ASYLUM, INC. | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Mary Rickey | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Farnaz Alemi | Scott Meehan |
| Andrew Thomas | |

Proceedings: STATUS CONFERENCE RE: PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ENTRY OF PRELIMINARY INJUNCTION FILED 11-21-12 (DOC. 9)

Having considered all papers submitted in support of and in opposition to the Ex Parte Application referenced above, and the oral argument presented today, the Court takes the matter Under Submission. A ruling will be issued soon.

|  | 0 | : | 44 |
|---|---|---|---|
|  | Initials of Preparer | | wkh |