| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| | Andrew J. Thomas (SBN 159533) |
| 2 | ajthomas@jenner.com |
| | Farnaz M. Alemi (SBN 255836) |
| 3 | falemi@jenner.com |
| | Kirsten C. Jackson (SBN 265952) |
| 4 | kjackson@jenner.com |
| | 633 West Fifth Street, Suite 3600 |
| 5 | Los Angeles, CA 90071 |
| | Telephone:  (213) 239-5100 |
| 6 | Facsimile:   (213) 239-5199 |
| 7 | Attorneys for Plaintiffs |
| | WARNER BROS. ENTERTAINMENT |
| 8 | INC., NEW LINE CINEMA LLC, NEW |
| | LINE PRODUCTIONS, INC., METRO- |
| 9 | GOLDWYN-MAYER STUDIOS INC., and |
| | THE SAUL ZAENTZ COMPANY |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NEW LINE CINEMA LLC, a Delaware limited liability company; NEW LINE PRODUCTIONS, INC., a California corporation; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; and THE SAUL ZAENTZ COMPANY, a Delaware corporation, | Case No. 2:12-cv-09547-PSG-CW  **NOTICE OF BOND POSTING** |
| Plaintiffs, | |
| v. | Honorable Philip S. Gutierrez |
| THE GLOBAL ASYLUM INC. (aka The Asylum), a California corporation, | |
| Defendant. | |

Notice of Bond Posting

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in connection with this Court's Order of December 10, 2012 granting Plaintiffs' Ex Parte Application for a Temporary Restraining Order, Plaintiffs posted a bond in the amount of $50,000 with the Clerk of the United States District Court for the Central District of California on December 10, 2012.

Dated:  December 11, 2012          JENNER & BLOCK LLP

                                   /s/ Andrew J. Thomas
                                   Andrew J. Thomas
                                   Attorneys for Plaintiffs

1

Notice of Bond Posting